### Second Department, January, 1944.
### (January 21, 1944.)

[Motion No. 58.] In the Matter of the Probate of the Will of Nunziata Bonanno, Deceased. Joseph Bonanno, Petitioner, Appellant-Respondent; Anna De Ciucies et al., Respondents-Appellants.— The motion for a stay and for other relief is granted to the following extent: Pending the determination of the appeals from the order of the Surrogate's Court of Kings County made on July 20, 1942, all proceedings under said order, and all proceedings pursuant to the order of this court in *Matter of Bonanno (ante,* p. 782), entered December 29, 1943, are stayed on condition that proponents perfect their said appeal for February 11, 1944, and be ready for argument when reached; otherwise, the motion is denied, without costs. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *post,* p. 912.]

### Second Department, March, 1944.
### (March 6, 1944.)

Pearl Brooks, as Administratrix of the Estate of Sarah Summers, Deceased, Respondent, v. Sydelle Friedberg, Appellant-Respondent, Edward Goldberg, Defendant-Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* pp. 825, 871, *sub nom. Summers* v. *Friedberg.*] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

Rose Forman et al., Plaintiffs, v. Daniel A. Udell, Appellant, Robert B. Stearns et al., Defendants-Respondents, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 823.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

Timothy Hayes, Appellant, v. New York Telephone Company, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. [See *ante,* p. 829.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

In the Matter of the Application of Israel Barasch et al., Respondents, to Compel Delivery of Certain Personal Property by Wilhelmina Barasch, as Administratrix of the Estate of Morris Barasch, Deceased, Appellant. Joseph Hamerman, as Special Guardian for Ralph Barasch, an Infant, Appellant.— Motion for reargument denied, without costs. [See *ante,* p. 830.] Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of the Accounting of Joseph A. Nickerson, as Executor of Gail Borden, Deceased. Joseph A. Nickerson, as Executor, et al., Appellants; Occidental College et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* pp. 823, 830, 878.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

In the Matter of the Will of H. Kenneth Filor, Deceased. Ralph F. Allison et al., as Executors, Appellants; Esther Filor, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 269.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.